W. C. Green and J. J. Green, partners under the firm name and style of W. C. Green Company, Plaintiffs in Error, vs. The Louisville Trust Company, a corporation under the laws of Kentucky, Defendant in Error.

Writ of error to Circuit Court Duval county.

*Walker & L'Engle*, for Plaintiffs in Error.

*R. H. Liggett*, for Defendant in Error.

This action was brought by the defendant in error

against the plaintiffs in error.  There was judgment for the plaintiff and the defendants take writ of error. The judgment is affirmed.